PER CURIAM: *

Appealing the judgment in a criminal case, Joel Torres–Salas raises an argument that is foreclosed by *United States v. Teran–Salas,* 767 F.3d 453, 458–62 (5th Cir.2014), *cert. denied,* —— U.S. ——, 135 S.Ct. 1892, 191 L.Ed.2d 767 (2015). In *Teran–Salas,* we determined that the appellant was not entitled to relief based merely on the existence of a theoretical possibility that the defendant could be convicted under Texas Health & Safety Code § 481.112(a) for conduct that would not qualify as a federal drug trafficking offense. *See Teran–Salas,* 767 F.3d at 458. Torres–Salas has not demonstrated "a realistic probability that Texas would prosecute under an 'administering' theory in a way that does not also constitute either 'dispensing' or 'distributing' under the federal sentencing guidelines." *Id.* at 461–62.

Torres–Salas also raises an argument that is foreclosed by our holding in *United States v. Martinez–Lugo,* 782 F.3d 198, 204–05 (5th Cir.2015), that an enhancement under § 2L1.2(b)(1)(A)(i) for a prior conviction of a drug trafficking offense is warranted regardless whether a conviction for the prior offense required proof of remuneration or commercial activity.

Accordingly, the Government's unopposed motion for summary affirmance is GRANTED, the alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.

UNITED STATES of America,
Plaintiff–Appellee,

v.

Jose De La Cruz SAENZ–ARANDA,
Defendant–Appellant.

No. 14–50517.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 16, 2015.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Laura G. Greenberg, Assistant Federal Public Defender, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

Before DAVIS, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Jose De La Cruz Saenz–Aranda raises arguments that are foreclosed by *United States v. Teran–Salas,* 767 F.3d 453, 458–62 (5th Cir.2014), *cert. denied,* ——

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

U.S. ——, 135 S.Ct. 1892, 191 L.Ed.2d 767 (2015). In *Teran–Salas*, we determined that the appellant was not entitled to relief based merely on the existence of a theoretical possibility that the defendant could be convicted under Texas Health & Safety Code § 481.112(a) for conduct that would not qualify as a federal drug trafficking offense. *See Teran–Salas*, 767 F.3d at 458. Saenz–Aranda has not demonstrated "a realistic probability that Texas would prosecute under an 'administering' theory in a way that does not also constitute either 'dispensing' or 'distributing' under the federal sentencing guidelines." *Id.* at 461–62. Accordingly, the Government's motion for summary affirmance is GRANTED, the alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Guadalupe Alejandra HERNANDEZ–DELUNA, also known as Guadalupe Alejandra Herndandez–Deluna, Defendant–Appellant.**

**No. 14–50850**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 16, 2015.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Genaro Retta Cortez, Law Offices of Genaro R. Cortez, San Antonio, TX, Defendant–Appellant.

Guadalupe Alejandra Hernandez–Deluna, Aliceville, AL, pro se.

Before DAVIS, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Guadalupe Alejandra Hernandez–Deluna has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Hernandez–Deluna has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.